IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LESLIE ROBERTSON, on behalf )
of herself and all others   )
similarly situated,         )
                            )
    Plaintiff,              )
                            )    CIVIL ACTION NO.
    v.                      )      2:09cv1010-MHT
                            )           (WO)
THER-RX CORPORATION,        )
                            )
    Defendant.              )
```

ORDER

It is ORDERED that the motion to stay (Doc. No. 38) is denied.

DONE, this the 12th day of May, 2011.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE