IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LESLIE ROBERTSON, on behalf  )
of herself and all others    )
similarly situated,          )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:09cv1010-MHT
                             )         (WO)
THER-RX CORPORATION,         )
                             )
     Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Leslie Robertson and defendant Ther-Rx Corporation's joint motion for approval of settlement (Doc. No. 32) is granted to the extent that the proposed settlement is approved, with the modification that the confidentiality provision is deleted.

(2) Plaintiff Robertson and defendant Ther-Rx Corporation's joint motion to submit the settlement agreement under seal (Doc. No. 32) is denied.

(3) Pursuant to the settlement agreement, this lawsuit is dismissed with prejudice, with costs taxed as paid.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of May, 2011.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE