IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **LESLIE ROBERTSON, on behalf of herself and all others similarly situated,** )<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:09cv1010-MHT |
| ) | (WO) |
| **THER-RX CORPORATION,** ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that the final judgment (doc. no. 41) is amended to add the following paragraph after paragraph numbered (3): "(4) The dismissal of this lawsuit is with leave to any party to file, within 56 days, a motion to have the dismissal set aside and the case reinstated or the settlement enforced should the settlement not be consummated."

DONE, this the 16th day of May, 2011.

  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE